COPELAND & THOMPSON, INC. *v.* UNITED STATES

**No. 7259.**—Invoice dated Stoke on Trent, England, March 2, 1946.
   Certified March 2, 1946.
   Entered at New York, N. Y., March 28, 1946.
   Entry No. 748551.

(Decided June 3, 1947)

*Benjamin A. Levett* for the plaintiff.
*Paul P. Rao,* Assistant Attorney General, for the defendant.

OLIVER, Presiding Judge: This appeal for reappraisement has been submitted for decision upon the following stipulation of counsel for the parties hereto:
(Stipulation omitted.)

On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such values are the appraised values, less the additions made by the importer on entry because of advances by the appraiser in similar cases.

Judgment will be rendered accordingly.

MASSEY BRITISH IMPORT CO. *v.* UNITED STATES

**No. 7260.**—Invoices dated London, England, December 19, 1941, etc.
   Certified January 2, 1942, etc.
   Entered at New York, N. Y., February 13, 1942, etc.
   Entry No. 13132/1/2/4, etc.

(Decided June 3, 1947)

*Tompkins & Tompkins (J. Stuart Tompkins* of counsel) for the plaintiff.
*Paul P. Rao,* Assistant Attorney General, for the defendant.

TILSON, Judge: These appeals have been submitted for decision upon a stipulation to the effect that the issues involved herein are the same in all material respects as the issues which were involved in *United States* v. *Pitcairn,* C. A. D. 334, and the record therein has been admitted in evidence in this case.

Upon the facts and the law applicable thereto, I find and hold the proper dutiable export values of the merchandise covered by these appeals to be the values found by the appraiser less any amounts added by the importer on entry to meet advances made by the appraiser in similar cases then pending on appeal. Judgment will be rendered accordingly.